In the Matter of VIKING PUMP, INC. and WARREN PUMPS, LLC, Insurance Appeals. VIKING PUMP, INC. and WARREN PUMPS, LLC, Appellants; TIG INSURANCE COMPANY et al., Respondents.

Submitted December 7, 2015; decided December 15, 2015

*See* — A3d —, 2015 WL 3618924, 2015 Del LEXIS 278.

Motion by Complex Insurance Claims Litigation Association et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge LIPPMAN taking no part.

ROBERT E. WILSON, III, Respondent, v DANIEL VALENTE DANTAS et al. Appellants, et al., Defendants.

Submitted November 2, 2015; decided December 15, 2015

Motion to dismiss appeal denied.

In the Matter of BEATRICE R.H., Respondent. DEAN E.H., Respondent. PENNY F.H., Nonparty Respondent; ESTATE OF RONALD H., Nonparty Appellant.

Submitted November 2, 2015; decided December 16, 2015

Motion for leave to appeal dismissed upon the ground that movant is not a party aggrieved (*see* CPLR 5511).